UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
APR 24 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA : | CRIMINAL NO. 08-118 |
| v. : | UNDER SEAL |
| REX PELOTE, Sr., : | |
| also known as Shadow; : | |
| GERALD ANDERSON, : | |
| also known as Orleans; : | |
| ALONSEZA LORETTA BELT, : | |
| also known as Loretta; : | |
| CORNELIUS FARLEY, : | |
| also known as Chuck; : | |
| EDWARD TYRONE FARLEY, : | |
| also known as Bootsy; : | |
| DANNIE JONES, : | |
| also known as Smiley; : | |
| LINDA CRAWFORD JONES, : | |
| also known as Bridget; and : | |
| CHARLES McRAE, : | |
| also known as Black. : | |
| Defendants. : | |

### GOVERNMENT'S MOTION TO SEAL THE CRIMINAL INDICTMENT AND OTHER PLEADINGS, RECORDS, PROCEEDINGS AND FILES, AND TO DELAY ENTRY ON THE PUBLIC DOCKET OF THE FILING OF THIS MOTION TO SEAL AND ALL RELATED MATTERS

The United States, by and through its attorney, Jeffrey A. Taylor, the United States Attorney for the District of Columbia, hereby respectfully submits this motion to seal the accompanying criminal indictment, bench warrants, as well as all other pleadings, proceedings, records and files in this case, including the instant motion to seal, and to delay entry on the public docket of this motion to seal and all related matters. In support of this motion, the government states as follows:

The defendants are this case are targets in a criminal investigation involving conspiracy to distribute and possess with the intent to distribute heroin, in violation of Title 21, United States Code, Section 846.

The sealing is necessary because the indictment, bench warrants, and other future pleadings contain sensitive information, the disclosure of which would not be in the interest of the government or the public.

Law enforcement believes that the defendants are not aware of the criminal indictment and disclosure of the indictment and bench warrants in the public records may hinder law enforcement's efforts in apprehending the five defendants who remain at large, and may also endanger law enforcement personnel, and confidential civilian witnesses. Accordingly, it is essential that any information concerning the defendants having a pending case in this district be kept sealed for the time being.

Based on the nature of the ongoing criminal investigation, the government submits that public disclosure of the Indictment would likely compromise the criminal investigation by: (1) placing the personal safety of the undercover agents, other law enforcement officials and innocent third parties at substantial risk; (2) alerting the defendants of the indictment; and (3) causing the defendants to flee, to destroy documents and other evidence. Each of these factors is particularly important in this instance because violent reprisals are common to major criminal violators in general.

Accordingly, the government submits that these facts present an extraordinary situation and a compelling governmental interest which justify not only the sealing of the criminal indictment and all other pleadings, records, proceedings, and files in this case, but also a delay in the public docketing of the filing of these sealed pleadings and the accompanying order until:(1) the substantial

risk to the personal safety of law enforcement and cooperating individuals has abated; and (2) the government represents that it can continue its criminal investigation without substantial risk that it would be jeopardized due to the public docketing of the fact that sealed pleadings have been filed in this case. See Washington Post v. Robinson, 935 F.2d 282, 289 (D.C. Cir. 1991).

WHEREFORE, it is respectfully requested that this motion be granted.

Respectfully submitted,

JEFFREY A. TAYLOR
D.C. Bar # 498610
United States Attorney

BY: _____
DARLENE M. SOLTYS
Assistant United States Attorney
Organized Crime and Narcotics Trafficking Section
555 4th Street, N.W., Room 4207
Washington, D.C. 20530
(202) 514-8147
Darlene.Soltys@usdoj.gov

BY: _____
JOHN K. HAN
Assistant United States Attorney
Organized Crime and Narcotics Trafficking Section
555 4th Street, N.W., Room 4114
Washington, D.C. 20530
(202) 514-6519
John.K.Han@usdoj.gov