UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on November 15, 2007

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. |
| | : | |
| | : | GRAND JURY ORIGINAL |
| v. | : | |
| | : | VIOLATIONS: 21 U.S.C. §846 |
| REX PELOTE, Sr., | : | (Conspiracy to Distribute and Possess With |
| also known as Shadow; | : | One Kilogram or More of Heroin), |
| GERALD ANDERSON, | : | 21 U.S.C. §841(a)(1) and §841(b)(1)(C) |
| also known as Orleans; | : | (Unlawful Distribution of Heroin); |
| ALONSEZA LORETTA BELT, | : | 21 U.S.C. §841(a)(1) and §841(b)(1)(C) |
| also known as Loretta; | : | (Unlawful Distribution of Cocaine Base); |
| CORNELIUS FARLEY, | : | 21 U.S.C. §841(a)(1) and §841(b)(1)(A)(iii) |
| also known as Chuck; | : | (Unlawful Possession With Intent to |
| EDWARD TYRONE FARLEY, | : | Distribute 50 Grams or More of Cocaine |
| also known as Bootsy; | : | Base); |
| DANNIE JONES, | : | 21 U.S.C. §841(a)(1) and §841(b)(1)(C) |
| also known as Smiley; | : | (Unlawful Possession With Intent to |
| LINDA CRAWFORD JONES, | : | Distribute Cocaine Base) |
| also known as Bridget; and | : | 21 U.S.C. §841(a)(1) and §841(b)(1)(C) |
| CHARLES McRae; | : | (Unlawful Possession With Intent to |
| also known as Black. | : | Heroin) and |
| | : | 21 U.S.C. §843(b) |
| Defendants | : | (Unlawful Use of a Communications Facility). |

**I N D I C T M E N T**

The Grand Jury charges that:

**COUNT ONE**

From at least April 10, 2007 up to and including April 15, 2008, within the District of Columbia and elsewhere, **REX PELOTE Sr., also known as Shadow; GERALD ANDERSON, also known as Orleans; ALONSEZA LORETTA BELT, also known as Loretta; CORNELIUS FARLEY, also known as Chuck; EDWARD TYRONE FARLEY, also known as Bootsy;**

**DANNIE JONES, also known as Smiley; LINDA CRAWFORD JONES, also known as Bridget; and CHARLES MCRAE, also known as Black** and co-conspirators not indicted herein, did knowingly and willfully combine, conspire, confederate and agree together and with other persons both known and unknown to the Grand Jury, to unlawfully, knowingly and intentionally distribute and possess with intent to distribute a mixture and substance containing a detectable amount of heroin, a Schedule I narcotic drug controlled substance and the amount of said mixture and substance was one kilogram or more, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(i).

(**Conspiracy to Distribute and Possess With Intent to Distribute one Kilogram or more of Heroin**, in violation of Title 21, United States Code, Section 846)

## COUNTS TWO TO TWENTY-ONE

On or about the dates set forth below, within the District of Columbia, the defendants named below did unlawfully, knowingly, and intentionally use a communications facility, that is a telephone, to facilitate the conspiracy to unlawfully distribute and possess with the intent to distribute heroin in violation of Title 21, United States Code, Section 846.

| **Count** | **Call** | **Date** | **Defendant** |
|---|---|---|---|
| 2 | EF 178 | Jan.10, 2008 | EDWARD FARLEY and CORNELIUS FARLEY |
| 3 | EF 179 | Jan. 10, 2008 | EDWARD FARLEY and CO-CONSPIRATOR |
| 4 | EF 292 | Jan.11, 2008 | EDWARD FARLEY and LINDA CRAWFORD JONES |
| 5 | EF 304 | Jan.12, 2008 | EDWARD FARLEY and LINDA CRAWFORD JONES |
| 6 | EF 426 | Jan.14, 2008 | EDWARD FARLEY and LINDA CRAWFORD JONES |
| 7 | EF 728 | Jan.18, 2008 | EDWARD FARLEY and LINDA CRAWFORD JONES |
| 8 | EF 832 | Jan. 19, 2008 | EDWARD FARLEY and REX PELOTE, Sr. |

| 9 | EF 2313 | Feb.9, 2008 | EDWARD FARLEY and REX PELOTE, Sr. |
|---|---|---|---|
| 10 | EF 2423 | Feb.11, 2008 | EDWARD FARLEY and CORNELIUS FARLEY. |
| 11 | EF 2480 | Feb.12, 2008 | EDWARD FARLEY and GERALD ANDERSON |
| 12 | EF 2744 | Feb.14, 2008 | EDWARD FARLEY and GERALD ANDERSON |
| 13 | EF 2881 | Feb.16, 2008 | EDWARD FARLEY and CO-CONSPIRATOR |
| 14 | EF 3385 | Feb.22, 2008 | EDWARD FARLEY and GERALD ANDERSON |
| 15 | EF 3450 | Feb. 22, 2008 | REX PELOTE Sr. and CO-CONSPIRATOR |
| 16 | RP 503 | March 31, 2008 | REX PELOTE Sr. and CO-CONSPIRATOR |
| 17 | RP 647 | April 1, 2008 | REX PELOTE Sr. and CO-CONSPIRATOR |
| 18 | RP 914 | April 3, 2008 | REX PELOTE Sr. and CO-CONSPIRATOR |
| 19 | RP 920 | April 3, 2008 | REX PELOTE Sr. and CO-CONSPIRATOR |
| 20 | RP 1264 | April 6, 2008 | REX PELOTE Sr. and EDWARD FARLEY |
| 21 | RP 1334 | April 7, 2008 | REX PELOTE Sr. and EDWARD FARLEY |

(**Unlawful Use of a Communication Facility**, in violation of Title 21, United States Code, Section 843(b))

**COUNT TWENTY-TWO**

On or about April 7, 2008, within the District of Columbia, **REX PELOTE, Sr. and ALONSEZA LORETTA BELT,** did unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of heroin, a Schedule I narcotic

drug controlled substance.

(**Unlawful Possession With Intent to Distribute Heroin**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C))

### COUNT TWENTY-THREE

On or about February 2, 2008, within the District of Columbia, **EDWARD T. FARLEY**, did unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of heroin, a Schedule I narcotic drug controlled substance.

(**Unlawful Distribution of Heroin**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C))

### COUNT TWENTY-FOUR

On or about February 22, 2008, within the District of Columbia, **EDWARD T. FARLEY**, did unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of heroin, a Schedule I narcotic drug controlled substance.

(**Unlawful Distribution of Heroin,** in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C))

### COUNT TWENTY-FIVE

On or about February 29, 2008, within the District of Columbia, **EDWARD T. FARLEY**, did unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine, a Schedule II controlled substance, and the amount of said mixture and substance was 50 grams or more.

(**Unlawful Possession With Intent to Distribute 50 grams or more of Cocaine Base**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(iii))

### COUNT TWENTY-SIX

On or about April 15, 2008, within the District of Columbia, **EDWARD T. FARLEY**, did

unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of heroin, a Schedule I narcotic drug controlled substance.

    (**Unlawful Possession With Intent to Distribute Heroin**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C))

### COUNT TWENTY-SEVEN

On or about April 10, 2007, within the District of Columbia, **CHARLES McRAE**, did unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of heroin, a Schedule I narcotic drug controlled substance.

    (**Unlawful Distribution of Heroin**, in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C))

### COUNT TWENTY-EIGHT

On or about November 1, 2007, within the District of Columbia, **CHARLES McRAE,** did unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of heroin, a Schedule I narcotic drug controlled substance.

    (**Unlawful Distribution of Heroin**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C))

### COUNT TWENTY-NINE

On or about November 16, 2007, within the District of Columbia, **CHARLES McRAE**, did unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of heroin, a Schedule I narcotic drug controlled substance.

    (**Unlawful Possession With Intent to Distribute Heroin**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C))

## COUNT THIRTY

On or about November 16, 2007, within the District of Columbia, **CHARLES McRAE**, did unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine, a Schedule II narcotic drug controlled substance.

   (**Unlawful Possession With Intent to Distribute Cocaine Base**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C))

## COUNT THIRTY-ONE

On or about February 21, 2008, within the District of Columbia, **CHARLES McRAE**, did unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of heroin, a Schedule I narcotic drug controlled substance.

   (**Unlawful Distribution of Heroin**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C))

## COUNT THIRTY-TWO

On or about May 31, 2007, within the District of Columbia, **GERALD ANDERSON**, did unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of heroin, a Schedule I narcotic drug controlled substance.

   (**Unlawful Distribution of Heroin**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C))

## COUNT THIRTY-THREE

On or about February 21, 2008, within the District of Columbia, **GERALD ANDERSON**, did unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of heroin, a Schedule I narcotic drug controlled substance.

   (**Unlawful Distribution of Heroin,** in violation of Title 21, United States Code, Sections

841(a)(1) and 841(b)(1)(C))

### COUNT THIRTY-FOUR

On or about February 21, 2008, within the District of Columbia, **GERALD ANDERSON,** did unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of heroin, a Schedule I narcotic drug controlled substance.

(**Unlawful Distribution of Heroin**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C))

### COUNT THIRTY-FIVE

On or about February 27, 2008, within the District of Columbia, **GERALD ANDERSON**, did unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of heroin, a Schedule I narcotic drug controlled substance.

(**Unlawful Distribution of Heroin**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C))

### COUNT THIRTY-SIX

On or about February 27, 2008, within the District of Columbia, **GERALD ANDERSON,** did unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of heroin, a Schedule I narcotic drug controlled substance.

(**Unlawful Distribution of Heroin,** in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C))

### COUNT THIRTY-SEVEN

On or about February 27, 2008, within the District of Columbia, **GERALD ANDERSON**, did unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine, a Schedule II narcotic drug controlled

substance.

(**Unlawful Distribution of Cocaine Base**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C))

### COUNT THIRTY-EIGHT

On or about February 15, 2008, within the District of Columbia, **DANNIE JONES**, did unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of heroin, a Schedule I narcotic drug controlled substance.

(**Unlawful Distribution of Heroin**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C))

A TRUE BILL:


FOREPERSON.



Attorney of the United States in
and for the District of Columbia.