UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL NO. 08-118 (JR) |
| v.   : | |
| REX PELOTE, Sr., : | |
| also known as Shadow; : | |
| GERALD ANDERSON, : | |
| also known as Orleans; : | |
| ALONSEZA LORETTA BELT, : | |
| also known as Loretta; : | |
| CORNELIUS FARLEY, : | |
| also known as Chuck; : | |
| EDWARD TYRONE FARLEY, : | |
| also known as Bootsy; : | |
| DANNIE JONES, : | |
| also known as Smiley; : | |
| LINDA CRAWFORD JONES, : | |
| also known as Bridget; and : | |
| CHARLES McRAE, : | |
| also known as Black. : | |
| Defendants.   : | |

**GOVERNMENT'S MOTION TO UNSEAL THE CRIMINAL
INDICTMENT, BENCH WARRANTS, RELATED PLEADINGS AND FILINGS**

The United States of America, through its counsel, Jeffrey A. Taylor, the United States Attorney for the District of Columbia requests this court to unseal all portions of this case, as the reasons for which it was placed under seal have been accomplished and the case should be disclosed to the public.

WHEREFORE, it is respectfully requested that this motion be granted.

        Respectfully submitted,

        JEFFREY A. TAYLOR
        D.C. Bar # 498610
        United States Attorney

BY:    _____
        DARLENE M. SOLTYS
        Assistant United States Attorney
        Organized Crime and Narcotics Trafficking Section
        555 4th Street, N.W., Room 4207
        Washington, D.C. 20530
        (202) 514-8147
        Darlene.Soltys@usdoj.gov

BY:    _____
        JOHN K. HAN
        Assistant United States Attorney
        Organized Crime and Narcotics Trafficking Section
        555 4th Street, N.W., Room 4114
        Washington, D.C. 20530
        (202) 514-6519
        John.K.Han@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 08-118 (JR) |
| | : | |
| v. | : | |
| | : | |
| REX PELOTE, Sr., | : | |
| also known as Shadow; | : | |
| GERALD ANDERSON, | : | |
| also known as Orleans; | : | |
| ALONSEZA LORETTA BELT, | : | |
| also known as Loretta; | : | |
| CORNELIUS FARLEY, | : | |
| also known as Chuck; | : | |
| EDWARD TYRONE FARLEY, | : | |
| also known as Bootsy; | : | |
| DANNIE JONES, | : | |
| also known as Smiley; | : | |
| LINDA CRAWFORD JONES, | : | |
| also known as Bridget; and | : | |
| CHARLES McRAE, | : | |
| also known as Black. | : | |
| | : | |
| Defendants. | : | |

**ORDER**

Based on the representations in the government's motion to unseal the indictment, bench warrant, related pleadings and filings, it is this 29th day of April, 2008

**ORDERED** that the indictment, bench warrants, related pleadings and filings are unsealed.

_____
United States Magistrate Judge for the District of Columbia