UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 08-118 (JR) |
| | : | |
| v. | : | |
| | : | |
| REX PELOTE, Sr., | : | |
| also known as Shadow; | : | **FILED** |
| GERALD ANDERSON, | : | |
| also known as Orleans; | : | APR 2 9 2008 |
| ALONSEZA LORETTA BELT, | : | |
| also known as Loretta; | : | NANCY MAYER WHITTINGTON, CLERK |
| CORNELIUS FARLEY, | : | U.S. DISTRICT COURT |
| also known as Chuck; | : | |
| EDWARD TYRONE FARLEY, | : | |
| also known as Bootsy; | : | |
| DANNIE JONES, | : | |
| also known as Smiley; | : | |
| LINDA CRAWFORD JONES, | : | |
| also known as Bridget; and | : | |
| CHARLES McRAE, | : | |
| also known as Black. | : | |
| | : | |
| Defendants. | : | |

### ORDER

Based on the representations in the government's motion to unseal the indictment, bench warrant, related pleadings and filings, it is this 29th day of April, 2008

**ORDERED** that the indictment, bench warrants, related pleadings and filings are unsealed.

_____
United States Magistrate Judge for the District of Columbia