# WARRANT FOR ARREST

CO-180 (Rev. 4/02)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA |
|---|---|
| UNITED STATES OF AMERICA | DOCKET NO: 08-118   MAGIS. NO: #8 |
| V.<br>REX PELOTE, SR.<br>UNSEALED<br>DOB: | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED<br>Charles McRae |
| WARRANT ISSUED ON THE BASIS OF: INDICTMENT | DISTRICT OF ARREST |
| TO: ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY |

FILED
APR 3 0 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**YOU ARE HEREBY COMMANDED** to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

CONSPIRACY TO DISTRIBUTE AND POSSESS WITH INTENT TO DISTRIBUTE ONE KILOGRAM OR MORE OF HEROIN;
UNLAWFUL DISTRIBUTION OF HEROIN;
UNLAWFUL DISTRIBUTION OF COCAINE BASE;
UNLAWFUL POSSESSION WITH INTENT TO DISTRIBUTE 50 GRAMS OR MORE OF COCAINE BASE;
UNLAWFUL POSSESSION WITH INTENT TO DISTRIBUTE COCAINE BASE;
UNLAWFUL POSSESSION WITH INTENT TO DISTRIBUTE HEROIN;
UNLAWFUL USE OF A COMMUNICATIONS FACILITY

**IN VIOLATION OF:** UNITED STATES CODE TITLE & SECTION:

21:846; 21:841(a)(1) and 841(b)(1)(C); 21:841(a)(1) and 841(b)(1)(C); 21:841(a)(1) and 841(b)(1)(A)(iii); 21:841(a)(1) and 841(b)(1)(C); 21:841(a)(1) and 841(b)(1)(C); 21:843(b)

| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: | |
|---|---|---|
| ORDERED BY:<br>MAGISTRATE JUDGE ROBINSON | SIGNATURE (JUDGE/MAGISTRATE JUDGE)<br>U.S. MAGISTRATE JUDGE ROBINSON | DATE ISSUED<br>4/24/08 |
| CLERK OF COURT:<br>Nancy Mayer-Whittington | BY DEPUTY CLERK: | DATE:<br>4/24/08 |

## RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED 30 April 2008 | NAME AND TITLE OF ARRESTING OFFICER<br>Reporting<br>DUSM Roberto Byrns | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED 30 April 2008 | | |
| HIDTA CASE:  Yes   No X | | OCDETF CASE:  Yes   No X |