UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal No.: 08-CR-118 (JR) |
| | : | |
| v. | : | |
| | : | |
| **REX PETOTE, et al.** | : | |
| | : | |
| | : | |
| | : | |

**GOVERNMENT'S NOTICE OF**
**PRIOR FELONY DRUG CONVICTIONS**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, pursuant to 21 U.S.C. §851(a), hereby gives notice of the prior felony drug convictions of the defendants in this case. These prior convictions may subject the defendants to increased statutory penalties.

| DEFENDANT | CASE # | OFFENSE | STATUTORY PENALTY 22 U.S.C. 841(b)(1)(A) |
|---|---|---|---|
| Rex Pelote, Sr. | CR00-252-12 (DC-Fed) | Controlled Substances Act | Mandatory Life without Release |
| | CR93-157-03 (DC-Fed) | Controlled Substances Act | |
| Gerald Anderson | None | | 10 years to Life |
| Alonseza Belt | None | | 10 years to Life |
| Cornelius Farley | None | | 10 years to Life |

| Edward Farley | 1992-FEL-1182 (DC) | Dist Cocaine PWID Cocaine | Mandatory Life without Release |
|---|---|---|---|
| | CR91-488-05 (DC-Fed) | Controlled Substances Act | |
| Dannie Jones | 2006 CF2-18512 (DC) | Att. PWID Heroin | Mandatory Life without Release |
| | 2002 FEL-001059, (DC) | Att. PWID Heroin | |
| | 1987 FEL-000229 (DC) | Att. Dist. PCP | |
| Linda Crawford Jones | 1989-FEL-7330 (DC) | Att. Dist. Cocaine | 20 years to Life |
| Charles McRae | 2003-FEL-1136 (DC) | Att. Dist. Methodone | 20 years to Life |

                Respectfully Submitted:

                JEFFREY A. TAYLOR
                UNITED STATES ATTORNEY

BY:       _____/s/_____
                John K. Han
                Darlene Soltys
                Assistant United States Attorney
                OCNT Section
                555 Fourth St., NW
                Washington, D.C.
                202-514-6519

                _____
                Darlene Soltys
                Assistant United States Attorney
                OCNT Section
                555 Fourth St., NW
                Washington, D.C.
                202-514-8147