UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Criminal Case No. 08-118 (JR) |
| | : | |
| **REX PELOTE, et al.,** | : | |
| | : | |
| Defendants. | : | |
| _____ | : | |

## NOTICE OF APPEARANCE

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby informs the Court that Assistant United States Attorney B. Patrick Costello, Jr. is entering his appearance in the above-captioned matter.

                                              Respectfully submitted,

                                              JEFFREY A. TAYLOR
                                              United States Attorney


                                              _____/s/_____
                                              B. PATRICK COSTELLO, JR.
                                              Assistant U.S. Attorney
                                              D.C. Bar 483231
                                              U.S. Attorney's Office
                                              555 4th Street, N.W., Room 4235
                                              Washington, D.C. 20530
                                              202-514-7364
                                              B.Patrick.Costello@usdoj.gov