UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | Criminal No.  08-118 (JR) |
| | : | |
| REX PELOTE, et al., | : | |
| Defendants. | : | |

GOVERNMENT'S SUPPLEMENT TO
ITS MOTION TO IMPEACH DEFENDANTS
WITH THEIR PRIOR CONVICTIONS PURSUANT TO RULE 609 [#36]

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby supplements its motion to admit defendants' prior convictions for impeachment purposes pursuant to Rule 609 [#36].

The government withdraws its previous representation that Cornelius Farley's prior conviction for CPWL, 1989-FEL-14413, is a felony for the purposes of Rule 609. After further discussion with defense counsel and additional research, the government agrees with defense counsel that this conviction was a misdemeanor.

In 1989 (the year of the offense), the CPWL statute, § 22-3204, provided a maximum sentence of 10 years if the defendant was previously convicted of a felony. If the defendant had not been previously convicted of a felony, as in Cornelius Farley's case, then the CPWL statute refers to § 22-3215 for the penalty. Section 22-3215 provides a maximum penalty of only one year.

1

Accordingly, Cornelius Farley has no impeachable convictions pursuant to Rule 609.

        Respectfully submitted,

        JEFFREY A. TAYLOR
        UNITED STATES ATTORNEY

BY:    _____/s/_____
        JOHN K. Han
        Assistant United States Attorney

        United States Attorney's Office
        555 4th Street, N.W., Fourth Floor
        Washington, D.C. 20001
        (202) 514-6519
        John.Han@usdoj.gov